### Primus McDONALD v. STATE.
#### No. 14483.

Court of Criminal Appeals of Texas.
June 10, 1931.

A. L. Bevil, of Kountze, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

The unlawful transportation of intoxicating liquor is the offense; penalty assessed at confinement in the penitentiary for two years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

### W. E. MASSEY v. STATE.
#### No. 14499.

Court of Criminal Appeals of Texas.
June 3, 1931.

J. D. Willis, of Waco, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for burglary; punishment being confinement in the penitentiary for five years.

Appellant has filed in this court his affidavit advising that he does not further desire to prosecute his appeal.

As requested, the appeal is ordered dismissed.

### Sam PARKS v. STATE.
#### No. 14343.

Court of Criminal Appeals of Texas.
June 17, 1931.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for forgery; punishment, seven years in the penitentiary.

There is in this record no complaint of any procedure indulged during the trial of the case. The facts sufficiently show appellant guilty of the offense.

No error appearing, the judgment will be affirmed.